IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAUL NEVAREZ JR.,

    Plaintiff,

v.                      No. 1:24-cv-00620-JMR-KRS

BEN THOMAS and
STEVEN J. CLARK,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME

Plaintiff, who is proceeding *pro se*, filed a Petition for Restitution Unlawful Detainer, Doc. 1, filed June 17, 2024 ("Complaint"). The Court notified Plaintiff that the Complaint contains some deficiencies, ordered Plaintiff to show cause why the Court should not dismiss this case based on those deficiencies, and ordered Plaintiff to file an amended complaint that addresses those deficiencies. *See* Order to Show Cause, Doc. 5, filed August 9, 2024.

Plaintiff "requests a 7 day extension or 'leave of court' in order to complete an Amended Complaint." Partial Amended Complaint and Affidavit of Plaintiff Saul Nevarez Jr. at 2, Doc. 6, filed August 29, 2024.

**IT IS ORDERED** that Plaintiff's request for a seven-day extension of time to file an amended complaint is **GRANTED.** Plaintiff shall file an amended complaint by September 10, 2024. Failure to file an amended complaint on or before September 10, 2024, may result in dismissal of this case.

                                                    **UNITED STATES MAGISTRATE JUDGE**